**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
 **FAX  441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**CFJ PROPERTIES, a Utah Business Partnership, dba CORNING  FLYING  J TRAVEL PLAZA, FLYING J INC., a Utah Corporation, CONOCOPHILLIPS COMPANY, a Delaware Corporation, and DOES ONE through FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. 2:09-CV-03271-MCE-CMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

Plaintiff MARSHALL LOSKOT and Defendants CFJ PROPERTIES, FLYING J INC., and CONOCOPHILLIPS, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 27, 2010    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARSHALL LOSKOT**

**GREENBERG TRAURIG, LLP**

Dated: August 24, 2010    /s/ Kathleen E. Finnerty
Kathleen E. Finnerty, Attorney for Defendants
**CFJ PROPERTIES, FLYING J INC.,
and CONOCOPHILLIPS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs CFJ PROPERTIES, et al.</u>, Case Number 2:09-CV-3271 MCE CMK, is dismissed with prejudice with each party to bear their own attorneys fees and costs. The Clerk of Court is hereby directed to close the file.

Dated: August 27, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE